| | |
|---|---|
| 1 | DAVID J. DOW, Bar No. 179407 |
|   | ddow@littler.com |
| 2 | MATTHEW B. RILEY, Bar No. 257643 |
|   | mriley@littler.com |
| 3 | LITTLER MENDELSON, P.C. |
|   | 501 W. Broadway, Suite 900 |
| 4 | San Diego, California 92101.3577 |
|   | Telephone: 619.232.0441 |
| 5 | Facsimile: 619.232.4302 |

Attorneys for Defendants
FIRST STUDENT MANAGEMENT, LLC,
FIRSTGROUP AMERICA, INC., and
FIRST TRANSIT, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA GALVAN, on behalf of herself, all others similarly situated, | Case No.  3:18-cv-07378 |
| Plaintiff, | [San Mateo County Superior Court Case No. 18CIV06012] |
| v. | **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** |
| FIRST STUDENT MANAGEMENT, LLC, a Delaware limited liability company; FIRSTGROUP AMERICA, INC., a Delaware corporation; FIRST TRANSIT, INC., a Delaware corporation; and DOES 1 through 50, inclusive, | Complaint filed: November 6, 2018 |
| Defendants. | |

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Defendants First Student Management, LLC, FirstGroup America, Inc., and First Transit, Inc. provide, through the undersigned counsel of record, the following corporate disclosures pursuant to Federal Rule of Civil Procedure 7.1(a):

First Student Management, LLC is wholly owned by its sole member, First Student, Inc. First Student, Inc. and First Transit, Inc. are wholly-owned subsidiaries of FirstGroup America, Inc. FirstGroup America, Inc. is a wholly-owned subsidiary of FirstGroup PLC, which is listed on the London Stock Exchange. FirstGroup PLC has no parent corporation. To the best of Defendants' knowledge, no publicly held company owns 10% or more of the common stock of FirstGroup PLC.

Dated:   December 7, 2018

*s/ Matthew B. Riley*
DAVID J. DOW
MATTHEW B. RILEY
LITTLER MENDELSON, P.C.
Attorneys for Defendants
FIRST STUDENT MANAGEMENT, LLC,
FIRSTGROUP AMERICA, INC., and
FIRST TRANSIT, INC.

FIRMWIDE:160826608.1 999999.0583

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT   2.