UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA GALVAN,<br><br>    Plaintiff,<br><br>v.<br><br>FIRST STUDENT MANAGEMENT, LLC, et al.,<br><br>    Defendant. | Case No. 18-cv-07378-JST<br><br>**ORDER APPROVING REQUEST TO APPEAR BY TELEPHONE**<br><br>Re: ECF No. 19 |

The Court hereby GRANTS Plaintiff's and Defendants' request to appear by telephone at the conference scheduled for March 27, 2019 at 2:00 P.M.. Not less than twenty-four hours before the conference, counsel shall contact the courtroom deputy at 415-522-2036 or jstcrd@cand.uscourts.gov to provide a direct dial number at which counsel can be reached for the conference.

**IT IS SO ORDERED.**

Dated: March 25, 2019



_____
JON S. TIGAR
United States District Judge