Shaun Setareh (SBN 204514)
 shaun@setarehlaw.com
Brian Louis (SBN 353058)
brian@setarehlaw.com
SETAREH LAW GROUP
420 N Camden Dr.
Beverly Hills, CA 90210
Telephone (310) 888-7771
Facsimile (310) 888-0109

Attorneys for Plaintiff
BARBARA GALVAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA GALVAN and CYNTHIA PROVENCIO, on behalf of themselves, all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>FIRST STUDENT MANAGEMENT, LLC, a Delaware limited liability company; FIRST STUDENT, INC., a Delaware corporation; FIRSTGROUP AMERICA, INC., a Delaware corporation; FIRST TRANSIT, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>*Defendant*. | Case No. 4:18-CV-7378-JST<br><br>Assigned For All Purposes to the Honorable Jon S. Tigar, Courtroom 6<br><br>**NOTICE OF SUBSTITUTION AND CHANGE OF ADDRESS** |

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that, effective July 18, 2024, the mailing for Setareh Law Group has changed. The telephone number, facsimile number, and email addresses for counsel will remain the same. The new mailing address is as follows:

>SETAREH LAW GROUP
>420 N Camden Dr.
>Beverly Hills, CA 90210

PLEASE TAKE FURTHER NOTICE that attorneys William M. Pao, Nolan Dilts, and Maxim Gorbunov, hereby withdraw as counsel of record and Brian Louis (SBN 353058) enters an appearance as counsel for Plaintiff BARBARA GALVAN. Please direct all papers and pleadings to the counsel named below:

>Shaun Setareh (SBN 204514)
> shaun@setarehlaw.com
>Brian Louis (SBN 353058)
> brian@setarehlaw.com
>SETAREH LAW GROUP
>420 N Camden Dr.
>Beverly Hills, CA 90210
>Telephone (310) 888-7771
>Facsimile (310) 888-0109

Dated: August 16, 2024                              SETAREH LAW GROUP

*/s/ Shaun Setareh*
SHAUN SETAREH
BRIAN LOUIS
Attorneys for Plaintiff
BARBARA GALVAN