Shaun Setareh, Bar No. 204514
shaun@setarehlaw.com
Thomas Segal, Bar No. 222791
thomas@setarehlaw.com
SETAREH LAW GROUP
420 N. Camden Drive, Suite 100
Beverly Hills, California 90210
Telephone:    310.888.7771
Facsimile:     310.888.0109

Attorneys for Plaintiff
BARBARA GALVAN

David J. Dow, Bar No. 179407
ddow@littler.com
Jocelyn D. Hannah, Bar No. 224666
jhannah@littler.com
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, California 92101
Telephone:    619.232.0441
Facsimile:     619.232.4302

Attorneys for Defendants
FIRST STUDENT MANAGEMENT, LLC;
FIRSTGROUP AMERICA, INC.; AND FIRST
TRANSIT, INC.

*[Additional Counsel on next page]*

LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, California 92101
619.232.0441

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BARBARA GALVAN, on behalf of herself all others similarly situated,<br><br>        Plaintiff,<br><br>      v.<br><br>FIRST STUDENT MANAGEMENT, LLC, a Delaware limited liability company; FIRSTGROUP AMERICA, INC., a Delaware corporation; FIRST TRANSIT, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 4:18-cv-7378-JST<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41**<br><br>Trial Date:     Not Yet Set<br>Complaint Filed:  December 7, 2018 |

Joseph Lavi, Bar No. 209776
jlavi@lelawfirm.com
Vincent C. Granberry, Bar No. 276483
vgranberry@lelawfirm.com
Eve Howe, Bar No. 350007
ehowe@lelawfirm.com
LAVI & EBRAHIMIAN, LLP
8889 W. Olympic Boulevard, Suite 200
Beverly Hills, California 90211
Telephone:      310.432.0000
Facsimile:      310.432.0001

Attorneys for Plaintiff
CYNTHIA PROVENCIO


Mark R. Thierman, Bar No. 72913
mark@thiermanbuck.com
Joshua D. Buck, Bar No. 258325
josh@thiermanbuck.com
Leah L. Jones, Bar No. 276488
leah@thiermanbuck.com
THIERMAN BUCK LLP
325 W. Liberty Street
Reno, Nevada 89501
Telephone:      775.284.1500

James B. Zouras*
jzouras@stephanzouras.com
Teresa M. Becvar*
tbecvar@stephanzouras.com
STEPHAN ZOURAS, LLC
222 W. Adams Street, Suite 2020
Chicago, Illinois 60606
Telephone:      312.233.1550

David J. Cohen*
dcohen@stephanzouras.com
STEPHAN ZOURAS, LLC
604 Spruce Street
Philadelphia, Pennsylvania 19106
Telephone:      215.843.4836

*admitted pro hac vice

Attorneys for Plaintiffs
GERMAINE SCOTT and SPYNSIR TUCKER

LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, California 92101
619.232.0441

CASE NO. 4:18-cv-7378-JST

JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL

4915-8100-2150 / 070991.1166

TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORDS:

IT IS HEREBY STIPULATED, by and between Barbara Galvan, Spynsir Tucker, and Germaine Scott ("Plaintiffs") and First Student Management, LLC, FirstGroup America, Inc., and First Transit, Inc. ("Defendants") (collectively, the "Parties"), through their attorneys of record, that:

Defendants have negotiated a settlement in a later-filed putative class action lawsuit, *Foley v. First Student Management LLC*, Tulare Superior Court Case No. VCU320179. As part of that settlement, Plaintiffs' remaining individual claims and their PAGA claim asserted in this action have been resolved. As a result, Plaintiffs and Defendants agree to dismissal of the action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with all Parties bearing their own attorneys' fees and costs.

A proposed order for dismissal is submitted concurrently herewith.

IT IS SO STIPULATED.


Dated:  April 29, 2026

s/*Thomas Segal*
_____
Shaun Setareh
Thomas Segal
SETAREH LAW GROUP
Attorneys for Plaintiff
BARBARA GALVAN


Dated:  April 29, 2026

s/*Jocelyn Hannah*
_____
David J. Dow
Jocelyn D. Hannah
LITTLER MENDELSON, P.C.
Attorneys for Defendants
FIRST STUDENT MANAGEMENT, LLC;
FIRSTGROUP AMERICA, INC.; and FIRST
TRANSIT, INC.


Dated:  April 29, 2026

s/*Leah Jones*
_____
Mark R. Thierman
Joshua D. Buck
Leah L. Jones
THIERMAN BUCK LLP
Attorneys for Plaintiffs
GERMAINE SCOTT and SPYNSIR TUCKER

LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, California 92101
619.232.0441

2                    CASE NO. 4:18-cv-7378-JST

JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL

4915-8100-2150 / 070991.1166

Dated:  April 29, 2026

s/*David Cohen*

_____

James B. Zouras*
Teresa M. Becvar*
David J. Cohen*
STEPHAN ZOURAS, LLC
Attorneys for Plaintiffs
GERMAINE SCOTT and SPYNSIR TUCKER

*admitted pro hac vice*

LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, California 92101
619.232.0441

3                                   CASE NO. 4:18-cv-7378-JST

JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL

4915-8100-2150 / 070991.1166

**[~~PROPOSED~~] ORDER**

Having considered the Stipulation between the Parties, and good cause appearing therefore, this Court hereby grants the Parties' Stipulation as follows:

1. This action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with all Parties bearing their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED:  May 19, 2026

_____
HON. JON S. TIGAR
United States District Judge

4934-6771-5449 / 070991.1166

LITTLER MENDELSON, P. C.
501 W. Broadway, Suite 900
San Diego, California 92101
619.232.0441

4                                      CASE NO. 4:18-cv-7378-JST

JOINT STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL

4915-8100-2150 / 070991.1166